UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES T. CELICO,<br><br>        Plaintiff,<br><br>        v.<br><br>F-SQUARED INVESTMENTS, INC.;<br>F-SQUARED INVESTMENT MANAGEMENT, LLC;<br>F-SQUARED ALTERNATIVE ADVSIORS, LLC;<br>STEPHEN RICCI; LAURA P. DAGAN;<br>THOMAS MANN; DEBORAH DESKAVICH;<br>and HOWARD B. PRESENT;<br><br>        Defendants. | Civil Action No.1:15-cv-12365-PBS |

## JOINT PROPOSED BRIEFING SCHEDULE

During the January 25, 2016 status conference, this Court suggested the parties confer and agree on a schedule for any intended motions to dismiss. In light of this Court's Order dated February 3, 2016, Plaintiff, James T. Celico ("Plaintiff") and the defendants, Stephen Ricci, Laura P. Dagan, Thomas Mann, Deborah Deskavich and Howard B. Present (collectively, "Defendants"), jointly propose the following amended briefing schedule:

    March 15, 2016:    Deadline for Plaintiff to file an amended complaint, if any

    April 15, 2016:    Deadline for Defendants to file motions to dismiss

    May 15, 2016:    Deadline for Plaintiff to file opposition to motions to dismiss.

Any replies in support of motions to dismiss may be submitted with leave of Court.

2/22/16

*[signatures]*

1

**Error! Unknown document property name.**