# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES T. CELICO, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| F-SQUARED INVESTMENTS, INC.; | ) Civil Action No.1:15-cv-12365-PBS |
| F-SQUARED INVESTMENT MANAGEMENT, LLC; | ) |
| F-SQUARED ALTERNATIVE ADVISORS, LLC; | ) |
| STEPHEN RICCI; LAURA P. DAGAN; | ) |
| THOMAS MANN; DEBORAH DESKAVICH; | ) |
| and HOWARD B. PRESENT, | ) |
|  | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff James T. Celico ("Plaintiff") hereby dismisses all claims brought against defendants Stephen Ricci, Laura P. Dagan, Thomas Mann and Deborah Deskavich (collectively, the "Dismissed Defendants") in the above-captioned action *with prejudice*. Plaintiff served each of the Dismissed Defendants with the summons and complaint on June 23, 2015 (*See* ECF Nos. 9-12). None of the Dismissed Defendants have served an answer or a motion for summary judgment.

Dated: April 14, 2016

                        Respectfully submitted,

                        JAMES T. CELICO
                        By his attorneys,

                        GUSRAE KAPLAN NUSBAUM PLLC

                        By: /s/ Martin H. Kaplan
                            Martin H. Kaplan
                            120 Wall Street, 25th Floor
                            New York, New York 10005
                            (212) 269-1400
                            Mkaplan@gusraekaplan.com

                        By: /s/ Adam M. Hamel

                            Adam M. Hamel
                            MCLANE MIDDLETON,
                            PROFESSIONAL ASSOCIATION
                            300 TradeCenter, Suite 7000
                            Woburn, MA 01801
                            Tel: (781) 904-2710
                            Adam.hamel@mclane.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF, and paper copies will be sent to those, if any, identified as non-registered participants, on April 14, 2016.

                            /s/ Adam M. Hamel .
                            Adam M. Hamel