UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES T. CELICO,<br><br>Plaintiff,<br><br>v.<br><br>F-SQUARED INVESTMENTS, INC.;<br>F-SQUARED INVESTMENT MANAGEMENT, LLC;<br>F-SQUARED ALTERNATIVE ADVSIORS, LLC;<br>STEPHEN RICCI; LAURA P. DAGAN;<br>THOMAS MANN; DEBORAH DESKAVICH;<br>and HOWARD B. PRESENT;<br><br>Defendants. | Civil Action No.1:15-cv-12365-PBS |

## STIPULATION TO EXTEND TIME

Plaintiff James T. Celico and Defendant Howard B. Present hereby stipulate to an extension of the time for Defendant Present to respond to the Complaint and for Plaintiff to oppose any motion to dismiss as follows:

1. On or about June 18, 2015, Plaintiff commenced this action.

2. On July 8, 2015 defendants F-Squared Investments, Inc., F-Squared Investment Management, LLC, and F-Squared Alternative Advisors, LLC (collectively, the "F-Squared Defendants") commenced bankruptcy cases under Chapter 11 in the U.S. Bankruptcy Court for the District of Delaware, which are being jointly administered as Case No. 15-11469-LSS (the "Bankruptcy Proceedings").

3. This case was automatically stayed as against the F-Squared Defendants as a result of the Bankruptcy Proceedings. (See Dkt. No. 20).

1