**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

James T. Celico
    Plaintiff

                                                       CIVIL ACTION
          V.                                      NO. 1:15-cv-12365-PBS

F. Squared Investment, Inc. et.al.
    Defendants

## ORDER OF DISMISSAL

SARIS, Chief Judge

In accordance with parties' Stipulation and voluntary dismissal of Defendant on May 13,2016. It is hereby ORDERED that the above-entitled action be and hereby is Dismissed.

                                                               By the Court,

7/13/2016                                           /s/ C. Geraldino-Karasek
Date                                               Deputy Clerk