# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

James T. Celico
Plaintiff

   v.                                       Civil Action No.1: 15 -cv- 12365 -PBS
F-Squared Invesmtent , Inc., et al
Defendant

**Saris, Chief D.J.**

## ORDER OF ADMINISTRATIVE STAY/CLOSING

It is hereby ordered that the above entitled case is stayed/closed pending the resolution of the   Bankruptcy proceeding   and to avoid the necessity of counsel appearing at periodic status conferences, it is hereby **ORDERED**:

The above-entitled action is hereby stayed/closed administratively without prejudice to the right of any party to restore it to the active docket upon termination of the proceedings.

Dated: 9/27/16                                                     /s/ Maryellen Molloy
                                                                            Deputy Clerk